```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

MARTIN DAMROW,                    )
                                  )
              Plaintiff,          )        4:05CV3042
                                  )
         v.                       )
                                  )
FIRST NATIONAL BANK OF            )        ORDER
HOLDREGE, KENNETH SLOMINSKY,      )
ERIC TITUS, RONALD STERR, TIM     )
WIEBE, JEANETTE HARDEN, KIRK      )
RILEY, MARK UTTER and DOUGLAS     )
SCOTT LATTER,                     )
                                  )
              Defendants.         )
                                  )
```

IT IS ORDERED:

Plaintiff's motion for time, filing 31, is granted and the deadline for plaintiff to file an amended complaint is extended to July 15, 2005.

DATED June 30, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge